IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARON PRUIETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:11-0747 |
| ) | Judge Trauger |
| WEST END RESTAURANTS, LLC, d/b/a ) | |
| Bricktop's, Inc., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for October 24, 2011 at 3:30 p.m. is hereby **RESET** for the same day at 11:00 a.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge